# memorandum

UNITED STATES DISTRICT COURT

DATE: 11/11/2020

REPLY TO ATTN OF: K. Van Dyke

SUBJECT: Possibly Related Case

CASE NUMBER: 1:20-cv-1083

CASE CAPTION: Donald J. Trump for President, Inc., et al v. Jocelyn Benson, et al

TO: Magistrate Judge Kent

FILED - GR
November 12, 2020 5:04 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb   SCANNED BY: TB 11/12/20

According to the Civil Cover Sheet the attorney of record indicates this case is related to the cases listed below:

Judge Robert J. Jonker    Case Number 1:20-cv-522

Case Number ____

Case Number ____

____ Case is related      _X_ Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

____ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: ____

Dated: 11/12/2020

Signature

____ Direct assignment performed
_X_ Random assignment performed

Initials: TLB    Date: 11/12/20

07/15