UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. TRUMP FOR PRESIDENT,
INC., et al.,

      Plaintiffs,                Case No. 1:20−cv−1083

   v.                          Hon. Janet T. Neff

JOCELYN BENSON, et al.,

      Defendants.
_____/

## **NOTICE REGARDING ASSIGNMENT OF CASE**

      NOTICE is hereby given that the above−captioned case was filed in this court on November 11, 2020 .   The case has been assigned to Janet T. Neff .


                          CLERK OF COURT

Dated:   November 12, 2020    By:   /s/ Kelly R. Van Dyke_____
                                    Deputy Clerk