## **DECLARATION OF ANDRE WILKES**

I, Andre Wilkes, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify in Court.

3. I am 19 years old and my racial background is Black.

4. I currently live in the City of Oak Park, which is located in Oakland County.

5. I am a registered voter at my current address in Oak Park and have been since 2018.

6. For the November 3, 2020 general election, I voted by absentee ballot. I did so because of the increasing rates of COVID-19 and the fact that I did not need a reason to vote absentee as a result of the passing of the Proposal 18-03 in 2018.

7. I submitted my absentee ballot in person at the City of Oak Park Clerk's Office on October 29, 2020.

8. I understand this lawsuit seeks to invalidate my vote and those of thousands of Michigan absentee voters despite the fact that those were legally cast.

9. I am exceedingly proud to cast my vote as a first-time voter this year.  It is the primary way that I can express my views and desires for the direction of the country, state and city by holding elected officials accountable.

10. If my vote were not counted, I would be robbed of this essential democratic voice, through no fault of my own. If my vote does not count, my voice is not heard, and I am not represented. As a result, I would lose faith in our democracy, of which I am very proud.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

36920881.1

Dated this 12th day of November, 2020.

                                                     Andre Wilkes

36920881.1