## DECLARATION OF WENDELL ANTHONY

I, Wendell Anthony, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify in Court.

3. I currently live in the City of Detroit, which is in Wayne County.

4. I am a registered voter at my current address in Detroit and have been since 1987.

5. I am 70 years old; my racial background is Black.

6. For the November 3, 2020 general election, I voted by absentee ballot. I did so because of the increasing rates of COVID-19 and the fact that I did not need a reason to vote absentee do so as a result of the passing of the Proposal 18-03 in 2018.

7. I submitted my absentee ballot to the City Clerk's office on 2978 West Grand Blvd in Detroit on or about 10/8/2020. I recently checked the status of my ballot on the Michigan Voter Information Center website - https://mvic.sos.state.mi.us/ - and it is marked as received on 10/9/2020.

8. I understand this lawsuit seeks to invalidate my vote and those of thousands of other Detroit absentee voters even though we all voted properly, legally, and am a fully qualified and registered voter. It would be outrageous if my vote were not counted.

9. It is imperative to me that my vote counts. I do not support nor believe the unfounded allegations of voter fraud or an inaccurate count of the Detroit voting process. I believe this is an organized effort to discard and to eliminate the African American vote in key cities such as Detroit, Philadelphia, Atlanta, and others orchestrated by the Trump Administration. The Black vote is just as important as the white vote. It is clear there is an attempt to count the votes in cities where Trump has won or is winning and discount the votes in cities (predominantly African American) where he is losing. This is a democracy not an autocracy. Our votes must count.

36913870.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated this 12th day of November, 2020.

*Wendell Anthony*

Wendell Anthony

36913870.1