# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>            Plaintiffs,<br>    v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>            Defendants, | CIVIL ACTION<br><br>Case No. 1:20-cv-01083-JTN-PJG<br><br>Hon. Janet T. Neff |

**PROPOSED INTERVENOR-DEFENDANTS DNC AND MICHIGAN DEMOCRATIC PARTY'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

NOW COME Proposed Intervenor-Defendants DNC and Michigan Democratic Party ("Proposed Intervenors"), by their attorneys, and hereby move under Federal Rule of Civil Procedure 6(b)(1)(A) to extend the time for filing a response to Plaintiffs' complaint. Proposed Intervenors intend to file a motion to dismiss Plaintiffs' complaint pursuant to Rules 12(b)(1) and 12(b)(6). In accordance with the Court's Information and Guidelines regarding dispositive motions, Proposed Intervenors have submitted a pre-motion conference request. As this pre-motion conference request comes before filing an answer, Proposed Intervenors hereby move to extend the time for filing a response to Plaintiffs' complaint, as required under Guideline § IV(a)(1)(d).

WHEREFORE, for these reasons, Proposed Intervenors respectfully request that this Honorable Court grant their motion under Rule 6(b)(1)(A) to extend the time for filing a response

to Plaintiffs' complaint.

Dated: November 14, 2020.           Respectfully submitted,

/s/ *Scott R. Eldridge*
Scott R. Eldridge (P66452)
Joe M. Infante (P68719)
MILLER CANFIELD
One Michigan Avenue, Suite 900
Lansing, Michigan 48933
Telephone: (517) 483-4918
eldridge@millercanfield.com
infante@millercanfield.com

Mary Ellen Gurewitz (P25724)
CUMMINGS & CUMMINGS
423 North Main Street, Suite 200
Royal Oak, Michigan 48067
Telephone: (248) 733-3405
maryellen@cummingslawpllc.com

Marc E. Elias (DC #442007)
John M. Devaney (DC #375465)*
Jyoti Jasrasaria (DC #1671527)
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 654-6200
melias@perkinscoie.com
jdevaney@perkinscoie.com
jjasrasaria@perkinscoie.com

William B. Stafford (WA #39849)*
Jonathan P. Hawley (WA #56297)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
wstafford@perkinscoie.com
jhawley@perkinscoie.com

*Counsel for Proposed Intervenor-Defendants DNC and Michigan Democratic Party*

*Admission pending