# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,

          Plaintiffs,

v.

JOCELYN BENSON, in her official capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,

          Defendants.

CIVIL ACTION

Case No. 1:20-cv-01083-JTN-PJG

Hon. Janet T. Neff

## **LOCAL RULE 7.1(d) CERTIFICATE OF CONCURRENCE**

On behalf of Proposed Intervenor-Defendants the Democratic National Committee and the Michigan Democratic Party, the undersigned hereby certifies, pursuant to Local Civil Rule 7.1(d), that this counsel did seek the parties' counsels' concurrence in the Motion to Intervene as Defendants by way of email correspondence dated November 14, 2020. Defendants Jocelyn Benson and Michigan Board of State Canvassers, and Defendants Wayne County and Wayne County Board of County Canvassers consented to intervention. Proposed Intervenors have not yet received concurrence from Plaintiffs, thereby making this motion necessary.

                                          Respectfully,

                                          /s/ *Scott R. Eldridge*
                                        Scott R. Eldridge (P66452)
                                        MILLER CANFIELD
                                        **Attorneys for Proposed Intervenors DNC and MDP**
                                        One Michigan Avenue, Suite 900
                                        Lansing, MI 48933
Date: November 14, 2020         eldridge@millercanfield.com