UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>              Plaintiffs,<br>  v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>              Defendants. | CIVIL ACTION<br><br>Case No. 1:20-cv-01083-JTN-PJG<br><br>Hon. Janet T. Neff |

**CERTIFICATE OF WORD COUNT**

Pursuant to Local Civil Rule 7.3(b), the undersigned counsel hereby certifies that the brief filed in support of the motion to intervene by Proposed Intervenor-Defendants the Democratic National Committee and the Michigan Democratic Party, consists of 4,167 words. Further, the undersigned counsel hereby certifies that the brief in support of Proposed Intervenor-Defendants' proposed motion to dismiss, attached to their Motion to Intervene as Exhibit 3, likewise complies with Local Civil Rule 7.2(b)(i) in that it consists of 10,762 words.

                                                Respectfully,

                                                /s/ *Scott R. Eldridge*_____
                                                Scott R. Eldridge (P66452)
                                                MILLER CANFIELD
                                                **Attorneys for Proposed Intervenors DNC and MDP**
                                                One Michigan Avenue, Suite 900
                                                Lansing, MI  48933
Date:  November 14, 2020              eldridge@millercanfield.com