UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. TRUMP FOR PRESIDENT,
INC., et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1083

HON. JANET T. NEFF

## ORDER

Pending before the Court is a Motion to Intervene filed by the Michigan State Conference NAACP, Wendell Anthony, Yvonne White, and Andre Wilkes (ECF No. 6); and a Motion to Intervene filed by the Democratic National Committee and the Michigan Democratic Party (ECF No. 10).  The proposed intervenors, who request expedited consideration of their motions, received concurrence in their motions from anticipated[1] counsel for Defendants (ECF Nos. 8 & 11).  The proposed intervenors received no response from counsel for Plaintiffs, despite their efforts to meet and confer (*id.*).  Therefore, pursuant to W.D. Mich. LCivR 7.1(c),

**IT IS HEREBY ORDERED** that Responses, if any, to the Motions to Intervene (ECF Nos. 6 &10) shall be filed <u>not later than 5:00 p.m. on Monday, November 16, 2020</u>.

Dated:  November 16, 2020

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge

---

[1] Plaintiffs have not yet served Defendants, and no appearances from counsel have yet been filed on behalf of Defendants.