# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW, SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>      Plaintiffs,<br><br> v.<br><br>JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>      Defendants. | No. 1:20-cv-01083<br><br>Judge Janet T. Neff |

## CITY OF DETROIT'S MOTION TO INTERVENE AS A DEFENDANT

The City of Detroit (the "City), by and through counsel, hereby moves to intervene as a Defendant in this matter pursuant to Fed. R. Civ. P. 24, because, in part, most of the allegations in the lawsuit, albeit false or mistaken, challenge actions supposedly taken by the City of Detroit, and because the relief sought would have direct and dire consequences for the City of Detroit and for its residents. In support of its Motion, the City relies on the accompanying Brief in Support.

On November 14, 2020, Counsel for the City sought concurrence in the relief requested herein. Concurrence was not obtained.

WHEREFORE, for the reasons specified in the attached Brief in Support, the City of Detroit respectfully requests that this Court enter an order allowing it to intervene as a Defendant.

Respectfully submitted,

November 16, 2020                                      **FINK BRESSACK**

                                                              By:    /s/ David H. Fink

David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
*Attorneys for City of Detroit*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com
nfink@finkbressack.com

**CITY OF DETROIT
LAW DEPARTMENT**
Lawrence T. Garcia (P54890)
Charles N. Raimi (P29746)
James D. Noseda (P52563)
*Attorneys for City of Detroit*
2 Woodward Ave., 5th Floor
Detroit, MI 48226
Tel: (313) 237-5037
garcial@detroitmi.gov
raimic@detroitmi.gov
nosej@detroitmi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing paper with the Clerk of the court using the electronic filing system, which sends notice to all counsel of record.

FINK BRESSACK

By: */s/ Nathan J. Fink*
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI  48304
Tel: (248) 971-2500
nfink@finkbressack.com