## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW, SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>        Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>        Defendants. | No. 1:20-cv-01083<br><br>Judge Janet T. Neff |

### W.D. MICH. LCIVR 7.1(d) CERTIFICATE OF CONCURRENCE

On behalf of Proposed Intervenor City of Detroit, the undersigned hereby certifies, pursuant to W.D. Mich. LCivR 7.1(d), that undersigned counsel sought the parties' concurrence in the Motion to Intervene as a Defendant by way of email correspondence dated November 14, 2020. Defendants Jocelyn Benson and Michigan Board of State Canvassers, and Defendants Wayne County and Wayne County Board of County Canvassers consented to intervention. Proposed Intervenor City of Detroit has not yet received concurrence from Plaintiffs, making this motion necessary.

| | |
|---|---|
| November 16, 2020 | Respectfully submitted,<br><br>**FINK BRESSACK**<br><br>By:   <u>/s/ David H. Fink</u><br>David H. Fink (P28235)<br>Darryl Bressack (P67820)<br>*Attorneys for City of Detroit* |

38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com

**CITY OF DETROIT
LAW DEPARTMENT**
Lawrence T. Garcia (P54890)
Charles N. Raimi (P29746)
James D. Noseda (P52563)
*Attorneys for City of Detroit*
2 Woodward Ave., 5th Floor
Detroit, MI 48226
Tel: (313) 237-5037
garcial@detroitmi.gov
raimic@detroitmi.gov
nosej@detroitmi.gov