UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW, SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>       Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>       Defendants. | No. 1:20-cv-01083<br><br>Judge Janet T. Neff |

**W.D. MICH. LCIVR 7.3(b)(ii) CERTIFICATE OF WORD COUNT**

Pursuant to W.D. Mich. LCivR 7.3(b)(ii), the undersigned counsel certifies that the brief filed in support of the motion to intervene by Proposed Intervenor City of Detroit consists of 2,182 words.

November 16, 2020

Respectfully submitted,

**FINK BRESSACK**

By:  <u>/s/ David H. Fink</u>
David H. Fink (P28235)
Darryl Bressack (P67820)
*Attorneys for City of Detroit*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com

**CITY OF DETROIT**
**LAW DEPARTMENT**
Lawrence T. Garcia (P54890)
Charles N. Raimi (P29746)
James D. Noseda (P52563)
*Attorneys for City of Detroit*
2 Woodward Ave., 5th Floor
Detroit, MI 48226
Tel: (313) 237-5037
garcial@detroitmi.gov
raimic@detroitmi.gov
nosej@detroitmi.gov