UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. TRUMP FOR PRESIDENT,
INC., et al.,

    Plaintiffs,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1083

HON. JANET T. NEFF

## ORDER

Pending before the Court is a Motion to Intervene recently filed by the City of Detroit (ECF No. 14). The proposed intervenor received concurrence in its motion from anticipated[1] counsel for Defendants, but the proposed intervenor did not receive concurrence from Plaintiffs (ECF No. 16). This Court previously imposed a 5:00 p.m. deadline for any responses to the other two pending motions to intervene (11/16/2020 Order, ECF No. 13) and will, pursuant to W.D. Mich. LCivR 7.1(c), impose the same deadline for any responses to this motion. Therefore:

**IT IS HEREBY ORDERED** that Responses, if any, to the City of Detroit's Motion to Intervene (ECF No. 14) shall be filed <u>not later than 5:00 p.m. on Monday, November 16, 2020</u>.

Dated: November 16, 2020

       /s/ Janet T. Neff
       JANET T. NEFF
       United States District Judge

---

[1] Plaintiffs have not yet served Defendants, and no appearances from counsel have yet been filed on behalf of Defendants.