UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. TRUMP FOR PRESIDENT, *et al.*,

    Plaintiffs,

v.

JOCELYN BENSON, *et al.*,

    Defendants.

_____/

Case No. 1:20CV1083

Hon. Janet T. Neff

**RESPONSE TO MOTIONS TO INTERVENE**

    Plaintiffs, pursuant to this Court's Order of November 16, 2020 (ECN No. 13), respond that they do not oppose the motion to intervene filed by the Michigan State Conference NAACP, Wendell Anthony, Yvonne While, and Andre Wilkes (ECF No. 6), or the motion to intervene filed by the Michigan Democratic Party (ECF No. 10), or the motion to intervene filed by the City of Detroit (ECF No. 14).

Respectfully submitted,

*/s/ Mark F. (Thor) Hearne, II*
MARK F. (THOR) HEARNE, II
True North Law, LLC
112 S. Hanley Road, Suite 200
St. Louis, MO 63105
(314) 296-4000
thor@truenorthlawgroup.com

*Counsel for Plaintiffs*