



# USPS Tracking®

Tracking / FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove ✕

**Tracking Number:** 70192970000082767397

Your item was delivered at 11:13 am on November 16, 2020 in LANSING, MI 48924.

**Status**

✓ **Delivered**

November 16, 2020 at 11:13 am
Delivered
LANSING, MI 48924

Get Updates ⌄

Delivered

Text & Email Updates ⌄

Tracking History ⌃

**November 16, 2020, 11:13 am**
Delivered
LANSING, MI 48924
Your item was delivered at 11:13 am on November 16, 2020 in LANSING, MI 48924.

**November 14, 2020, 10:28 am**
Delivery Attempted - No Access to Delivery Location
LANSING, MI 48924

**November 14, 2020, 9:17 am**
Arrived at Unit
LANSING, MI 48924

**November 13, 2020**
In Transit to Next Facility

**November 12, 2020, 8:36 pm**
Arrived at USPS Regional Facility
DETROIT MI NETWORK DISTRIBUTION CENTER

**November 12, 2020, 8:52 am**
Arrived at USPS Regional Facility
CHAMPAIGN IL DISTRIBUTION CENTER

**November 12, 2020, 5:00 am**
Departed USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**November 11, 2020, 11:19 pm**
Arrived at USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Copyright © 2020 USPS. All Rights Reserved.