**Subject:** RE: Donald Trump for President, Inc., Matthew Seely, et al. v. Jocelyn Benson, et al. (Email 1 of 2)
**Date:** Tuesday, November 17, 2020 at 12:33:55 PM Central Standard Time
**From:** Meingast, Heather (AG)
**To:** Mary Shambro, Grill, Erik (AG)
**CC:** Brater, Jonathan (MDOS), Stephen Davis, Thor Hearne, Albro, Lisa (AG)

Mary,

I would note that nearly a week ago I provided information regarding how to properly serve my clients either by certified mail or in person by a process server. The current health order does not restrict these modes of service. Nevertheless, in light of Judge Neff's order, which is the obvious impetus for your email, my clients will make an exception and I have been authorized to accept service via email. I confirm receipt of your two emails.

Thank you,
Heather

Heather S. Meingast, Division Chief
Civil Litigation, Employment & Elections Division
Michigan Department of Attorney General
meingasth@michigan.gov
(517) 335-7659 (office)

---

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇@truenorthlawgroup.com>
**Sent:** Tuesday, November 17, 2020 12:32 PM
**To:** Meingast, Heather (AG) <MeingastH@michigan.gov>; Grill, Erik (AG) <GrillE@michigan.gov>
**Cc:** Brater, Jonathan (MDOS) <BraterJ@michigan.gov>; Stephen Davis <sdavis@truenorthlawgroup.com>; Thor Hearne <thor@truenorthlawgroup.com>
**Subject:** Donald Trump for President, Inc., Matthew Seely, et al. v. Jocelyn Benson, et al. (Email 1 of 2)

> **CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Heather,

Due to COVID restrictions on in-person visits, please confirm you will accept service of the attached complaint on behalf of Defendant Secretary Jocelyn Benson and Michigan Board of State Canvassers in *Donald Trump for President, Matthew Seely, et al. v. Jocelyn Benson et al*.

Another email will follow due to size with the remaining documents.

Thank you,
Mary

▇▇▇▇▇▇▇

Senior Paralegal and Office Administrator

**TRUE NORTH LAW** LLC

112 South Hanley Road, Suite 200
St. Louis, MO  63105
314.296.4012 Direct
314.296.4000 Office
314.296.4001 Fax

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.