**Subject:** Re: Donald Trump for President, Inc., Matthew Seely, et al. v. Jocelyn Benson, et al. (Email 1 of 2)
**Date:** Tuesday, November 17, 2020 at 1:10:47 PM Central Standard Time
**From:** Eldridge, Scott R.
**To:** Mary
**CC:** Kevin J. Hamilton Perkins Coie, Mary Ellen Gurewitz, Thor Hearne, Stephen Davis, Jasrasaria Jyoti

Confirmed.  Thank you.

Scott R. Eldridge
Miller Canfield, PLC

On Nov 17, 2020, at 2:07 PM, Mary <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

CAUTION EXTERNAL EMAIL: DO NOT open attachments or click links from unknown or unexpected emails.

Mr. Eldridge,

Due to COVID restrictions on in-person visits, please confirm you will accept service of the attached complaint on behalf of Intervenor-Defendants Michigan Democratic Party and the Democratic National Committee in Donald Trump for President, Matthew Seely, et al. v. Jocelyn Benson et al.

Another email will follow due to size with the remaining documents.

Thank you,
Mary


Mary
Senior Paralegal and Office Administrator
……………………....
TRUE NORTH LAW LLC
112 South Hanley Road, Suite 200
St. Louis, MO  63105
314.296.4012 Direct
314.296.4000 Office
314.296.4001 Fax

……………………....................
CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<Ex. 1.pdf>