**Subject:** Re: Donald Trump for President, Inc., Matthew Seely, et al. v. Jocelyn Benson, et al. Email 1 of 2)
**Date:** Tuesday, November 17, 2020 at 2:20:00 PM Central Standard Time
**From:** EDriker
**To:** Mary ▉▉▉o, SGlazek, DShare, Julie Houk, SSimkins
**CC:** Thor Hearne, Stephen Davis

Yes, we accept service on behalf of our client.

Eugene Driker

Get [Outlook for iOS](#)

---

**From:** Mary ▉▉▉▉▉ ▉▉▉▉@truenorthlawgroup.com>
**Sent:** Tuesday, November 17, 2020 2:15:13 PM
**To:** EDriker <EDriker@bsdd.com>; SGlazek <SGlazek@bsdd.com>
**Cc:** Thor Hearne <thor@truenorthlawgroup.com>; Stephen Davis <sdavis@truenorthlawgroup.com>
**Subject:** Donald Trump for President, Inc., Matthew Seely, et al. v. Jocelyn Benson, et al. (Email 1 of 2)

*** WARNING: External E-Mail – Use Caution ***
"Think before you Click!"

Mr. Driker,

Due to COVID restrictions on in-person visits, please confirm you will accept service of the attached complaint on behalf of <u>Intervenor-Defendants Michigan State Conference NAACP, Wendell Anthony, Yvonne White and Andre Wilkes</u> in *Donald Trump for President, Matthew Seely, et al. v. Jocelyn Benson et al*.

Another email will follow due to size with the remaining documents.

Thank you,
Mary

**Mary** ▉▉▉▉▉▉
Senior Paralegal and Office Administrator

**TRUE NORTH LAW** LLC

112 South Hanley Road, Suite 200
St. Louis, MO  63105
314.296.4012 Direct
314.296.4000 Office
314.296.4001 Fax

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.