UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. TRUMP FOR PRESIDENT INC.,
MATTHEW SEELY, ALEXANDRA SEELY,
PHILIP O'HALLORAN, ERIC OSTERGREN,
MARIAN SHERIDAN, MERCEDES WIRSING, and
CAMERON TARSA,

    Plaintiffs,

v

JOCELYN BENSON, in her official capacity as
Michigan Secretary of State, MICHIGAN BOARD
OF STATE CANVASSERS, WAYNE COUNTY,
MICHIGAN, and WAYNE COUNTY BOARD OF
STATE CANVASSERS,

    Defendants.

No. 1:20-cv-01083

HON. JANET T. NEFF

MAG. PHILLIP J. GREEN

**DEFENDANTS SECRETARY OF STATE JOCELYN BENSON AND MICHIGAN BOARD OF STATE CANVASSERS' CONCURRENCE IN MOTION TO DISMISS**

Mark F. (Thor) Hearne, II (P40231)
Stephen S. Davis (*pro hac* forthcoming)
112 South Hanley Road, Suite 200
St. Louis, MO 63105
314.296.4000
thor@truenorthlawgroup.com

Heather S. Meingast (P55439)
Erik A. Grill (P647130
Assistant Attorneys General
Attorneys for Defendants Benson & MI BSC
PO Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

Eugene Driker
Stephen E. Glazek
Attorneys for Intervenor-Defendants NAACP, Anthony, White & Wilkes
211 West Fort Street, 15th Floor
Detroit, Michigan 48226
313.596.9300
edriker@bsdd.com
sglazek@bsdd.com

Joseph Mikhail Infante
Attorney for Intervenor-Defendants DNC and MDP
99 Monroe Ave, NW, Ste 1200
Grand Rapids, Michigan 49503
616.776.6333
infante@millercanfield.com

Jyoti Jasrasaria
Marc Elias
Attorneys for Intervenor-Defendants DNC and MDP
700 13th St, NW, Ste 800
Washington, DC 20005
202.654.1723
jjasrasaria@perkinscoie.com
melias@perkinscoie.com

Scott Robert Eldridge
Attorney for Intervenor-Defendants DNC and MDP
One Michigan Avenue, Ste 900
Lansing, Michigan 48933
517.487.2020
eldridge@millercanfield.com

/

### DEFENDANTS SECRETARY OF STATE JOCELYN BENSON AND BOARD OF STATE CANVASSERS' CONCURRENCE IN MOTION TO DISMISS (ECF NO. 10-3)

Defendants Michigan Secretary of State Jocelyn Benson and the Michigan Board of State Canvassers ("the Board") understand this Court's November 17, 2020 Order to provide that Defendants' answer or pleading responsive to the complaint will not be due until fourteen days after the Court's decision on the motion to dismiss filed by Intervenors-Defendants Democratic National Committee and Michigan Democratic Party.  (R. 20, Order, PageID.777.)  The Court's Order, however, also provides that any concurrences in that motion be filed by noon on November 18, 2020.  (R. 20, PageID.777.)  Without waiving their opportunity to file more substantive responsive pleadings—if necessary—at the time provided by this Court's order, the Secretary and the Board generally concur in the relief sought by Intervenors-Defendants' motion to dismiss.

Respectfully submitted,

DANA NESSEL
Attorney General

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Benson & MI BSC
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email:  meingasth@michigan.gov
P55439

Dated:  November 18, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                              *s/Heather S. Meingast*
                                              Heather S. Meingast (P55439)
                                              Assistant Attorney General
                                              Attorney for Defendant
                                              P.O. Box 30736
                                              Lansing, Michigan 48909
                                              517.335.7659
                                              Email:  meingasth@michigan.gov
                                              P55439