UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW, SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>       Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>       Defendants,<br><br>and<br><br>DEMOCRATIC NATIONAL COMMITTEE, MICHIGAN DEMOCRATIC PARTY, CITY OF DETROIT, THE MICHIGAN STATE CONFERENCE NAACP, WENDELL ANTHONY, YVONNE WHITE, and ANDRE WILKES,<br><br>       Intervenor-Defendants | No. 1:20-cv-01083<br><br>Judge Janet T. Neff |

**CITY OF DETROIT'S CONCURRENCE WITH
DNC AND MICHIGAN DEMOCRATIC PARTY'S MOTION
TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY,
<u>EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF</u>**

**INDEX OF EXHIBITS**

Ex. 1      Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating Executive Committees

Ex. 2      Michigan Court of Appeals Order Application for Leave to Appeal

| | |
|---|---|
| Ex. 3 | Affidavit of Christopher Thomas |
| Ex. 4 | Supplemental Affidavit of Christopher Thomas |
| Ex. 5 | Affidavit of Lawrence T. Garcia |
| Ex. 6 | Michigan Secretary of State – The Challenge Process: Questions and Answers |
| Ex. 7 | Michigan Secretary of State – Isolated User Error in Antrim County Does Not Affect Election Results, Has no Impact on Other Counties or States |