# EXHIBIT 2

## Court of Appeals, State of Michigan

## ORDER

Cheryl A Costantino v City of Detroit

Docket No.    355443

LC No.        20-014780-AW

Michael J. Riordan
  Presiding Judge

Cynthia Diane Stephens

Anica Letica
  Judges

---

The motion for immediate consideration is GRANTED.

The motion for peremptory reversal pursuant to MCR 7.211(C)(4) is DENIED for failure to persuade the Court of the existence of manifest error requiring reversal and warranting peremptory relief without argument or formal submission.

The application for leave to appeal is DENIED.

*Michael J Riordan*

Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

November 16, 2020

Date

Chief Clerk