UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. TRUMP FOR PRESIDENT, *et al.*,

    Plaintiffs,                          Case No. 1:20CV1083

v.                                            Hon. Janet T. Neff

JOCELYN BENSON, *et al.*,

    Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs voluntarily dismiss this action under Fed. R. Civ. P. 41(a)(1)(A). The Wayne County board of county canvassers met and declined to certify the results of the presidential election. See the attached affidavits of Wayne County canvassing board members William C. Hartman (Exhibit A) and Monica S. Palmer (Exhibit B).

                                               Respectfully submitted,

                                               */s/ Mark F. (Thor) Hearne, II*
                                               MARK F. (THOR) HEARNE, II
                                               True North Law, LLC
                                               112 S. Hanley Road, Suite 200
                                               St. Louis, MO 63105
                                               (314) 296-4000
                                               thor@truenorthlawgroup.com

                                               *Counsel for Plaintiffs*