UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW, SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>       Plaintiffs,<br><br> v.<br><br>JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>       Defendants,<br><br>and<br><br>DEMOCRATIC NATIONAL COMMITTEE, MICHIGAN DEMOCRATIC PARTY, CITY OF DETROIT, THE MICHIGAN STATE CONFERENCE NAACP, WENDELL ANTHONY, YVONNE WHITE, and ANDRE WILKES,<br><br>       Intervenor-Defendants. | No. 1:20-cv-01083<br><br>Judge Janet T. Neff |

**CITY OF DETROIT'S BRIEF IN SUPPORT OF MOTION TO STRIKE**

In support of its Motion to Strike, the City of Detroit relies on Fed. R. Civ. P. 41(a)(1)(A), Fed. R. Civ. P. 11, the Court's inherent authority to manage its own docket, and the cases cited in the City of Detroit's Motion to Strike.

November 19, 2020            Respectfully submitted,

                                         **FINK BRESSACK**

                                         By:   /s/ David H. Fink
                                         David H. Fink (P28235)

1

Darryl Bressack (P67820)
Nathan J. Fink (P75185)
*Attorneys for City of Detroit*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com
nfink@finkbressack.com

**CITY OF DETROIT**
**LAW DEPARTMENT**
Lawrence T. Garcia (P54890)
Charles N. Raimi (P29746)
James D. Noseda (P52563)
*Attorneys for City of Detroit*
2 Woodward Ave., 5th Floor
Detroit, MI 48226
Tel: (313) 237-5037
garcial@detroitmi.goc
raimic@detroitmi.gov
nosej@detroitmi.gov

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

                                **FINK BRESSACK**

By:    */s/ Nathan J. Fink*
           Nathan J. Fink (P75185)
           38500 Woodward Ave., Ste. 350
           Bloomfield Hills, MI 48304
           Tel.: (248) 971-2500
           nfink@finkbressack.com