# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., MATTHEW, SEELY, ALEXANDRA SEELY, PHILIP O'HALLORAN, ERIC OSTERGREN, MARIAN SHERIDAN, MERCEDES WIRSING, and CAMERON TARSA,<br><br>       Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, MICHIGAN BOARD OF STATE CANVASSERS, WAYNE COUNTY, MICHIGAN, and WAYNE COUNTY BOARD OF COUNTY CANVASSERS,<br><br>       Defendants,<br><br>and<br><br>DEMOCRATIC NATIONAL COMMITTEE, MICHIGAN DEMOCRATIC PARTY, CITY OF DETROIT, THE MICHIGAN STATE CONFERENCE NAACP, WENDELL ANTHONY, YVONNE WHITE, and ANDRE WILKES,<br><br>       Intervenor-Defendants. | No. 1:20-cv-01083<br><br>Judge Janet T. Neff |

## W.D. MICH. LCIVR 7.1(d) CERTIFICATE OF CONCURRENCE

On behalf of Intervenor City of Detroit, the undersigned hereby certifies, pursuant to W.D. Mich. LCivR 7.1(d), that undersigned counsel sought the parties' concurrence in the Motion to Strike by way of email correspondence dated November 19, 2020. Intervenor City of Detroit has not receive concurrence from Plaintiffs, making this motion necessary.

|  |  |
|---|---|
| November 19, 2020 | Respectfully submitted,<br><br>**FINK BRESSACK**<br><br>By:     /s/ David H. Fink<br>David H. Fink (P28235)<br>Darryl Bressack (P67820)<br>Nathan J. Fink (P75185)<br>*Attorneys for City of Detroit*<br>38500 Woodward Ave., Ste. 350<br>Bloomfield Hills, MI 48304<br>Tel: (248) 971-2500<br>dfink@finkbressack.com<br>dbressack@finkbressack.com<br>nfink@finkbressack.com<br><br>**CITY OF DETROIT**<br>**LAW DEPARTMENT**<br>Lawrence T. Garcia (P54890)<br>Charles N. Raimi (P29746)<br>James D. Noseda (P52563)<br>*Attorneys for City of Detroit*<br>2 Woodward Ave., 5th Floor<br>Detroit, MI 48226<br>Tel: (313) 237-5037<br>garcial@detroitmi.gov<br>raimic@detroitmi.gov<br>nosej@detroitmi.gov |